UNITED STATES of America,
Plaintiff–Appellee,

v.

Sean Darrell JOHNSON, Defendant–
Appellant.

No. 02–6937.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 11, 2002.

Sean Darrell Johnson, Appellant Pro Se. Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Sean Darrell Johnson seeks to appeal the district court's judgment adopting the magistrate judge's report and recommendation and denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's order and conclude on the reasoning of the district court that Johnson has not made a substantial showing of the denial of a constitutional right. *See United States v. Johnson,* Nos. CR–9–138; CA–01–300–1 (M.D.N.C. March 28, 2002). Accordingly, we deny a certificate of appealability and

dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*